Form ntcdsm

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 18–03949
Chapter: 13
Judge: Janet S. Baer

In Re:
  Sergio J. Fuentes
  1540 W. Mooseheart
  North Aurora, IL 60542

  Maria M. Fuentes
  1540 W. Mooseheart
  North Aurora, IL 60542

Social Security / Individual Taxpayer ID No.:
  xxx–xx–8983

  xxx–xx–5651

Employer Tax ID / Other nos.:

---

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on September 28, 2018

FOR THE COURT

Dated: October 1, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court